## REQUEST FOR INTERVIEW

| Name: Micheal L. McLaughlin | Institution: WPT 128 | Room #: 222 | Date: 9/28/08 | OTIS #: 166227 |
|---|---|---|---|---|

**To:** Mailroom - appropriate authority.

**Request:** Enclosed you will find two OTA forms that will allow you to; a) cut a check for 18.50 to the Kenai court for the purposes of paying a filing fee, and; b) apply proper postage to this parcel when it is ready for mailing complete with the check as requested. (Postage 2.80?)
This is a time sensitive request!!!!

Thank you & God Bless!!

**Inmate Signature:** [signature]  **Date:** 9/28/08

**Action Taken:** Postage Approved. Sent to Accting Bldg 10 for Check to be cut & Postage Applied.

**Employee Signature:** AMV.  **Date:** 9/29/08

**Final Action Taken:** OTA for the ck, was approved by an officer on 9/30/08. It was Received by Accounting on 10/01/08 a check was cut on 10/03/08. Item has been Mailed with Check enclosed.

**Employee Signature:** [signature]  **Date:** 10/06/08.

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to by staff in a timely manner.

Distribution:  Original to Case Record
Department of Corrections, Form 808.11A
Rev.04/08

000305

"Exhibit A"