STATE OF ALASKA — DEPARTMENT OF CORRECTIONS

REQUEST FOR INTERVIEW

| Name: McLaughlin, Micheal L | Institution: WPT 128 | Room #: 227 | Date: 10/2/08 | OTIS #: 166227 |

To: Accounting - appropriate authority

**INMATE COPY**

Request: On September 28th I submitted a time sensitive request to mail a court filing accompanied by a check for $18.50. The forms submitted indicated that is was an urgent matter, yet I have not received any indication that this matter was address all week. I find this most distressing, and a breach of protocol concerning legal mail and court access. I would now ask that this matter be corrected in a timely fashion. Please consider this as my attempt at an informal resolution.

Thank you and God Bless!

Inmate Signature: M.M<sup>c</sup>Laughlin  Date: 10/2/08

Action Taken:

**INMATE COPY**

Employee Signature:  Date:

Final Action Taken: Your OTA is dated 9/29/08 it was approved on 9/30/08 and received by accounting on 10/01/08 a check was cut from your account today on 10/03/08. This request has already been Processed.

Employee Signature: (illegible)  Date: 10/03/08

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to by staff in a timely manner.

Distribution: Original to Case Record

Department of Corrections, Form 808.11A
Rev.04/08

"Exhibit B"

000306