"Exhibit C"

000307

**STATE OF ALASKA**            **DEPARTMENT OF CORRECTIONS**

## OFFENDER TRUST ACCOUNT
### Request for Disbursement of Funds

I, _Micheal L. M'Laughlin_, Obscis # _146227_ hereby request that _Eighteen dollars and 50/100_ dollars $ _18.50_ be disbursed from my offender account to: Name: _Alaska Court System_ Address: _125 Trading Bay Way_
City: _Kenai_ State: _Alaska_ Zip: _99611_
Reason for request: _Filing fees for a civil action — PCR proceeding. This request is time sensitive !!!!_

This disbursement is made: one time [X] / monthly [ ]. I understand that this disbursement will be dependent upon sufficient funds in my account.

_9/29/08_     _Micheal T. M'Laughlin_
DATE           SIGNATURE

Institution: _WCC_         Forwarded, Approved [ ] Returned, Disapproved [X]
Date: _9-30-08_ Action taken: _____

CASH RECEIVED BY _J. Howland_
OFFICER'S SIGNATURE

Offender Account Control Section Action

POSTED
OCT 0 3 2008
WCC - ACCOUNTING    CK# 63701361

Form 20-302.12D Rev. 6/88    Distribution: White—One Time: Institution/Monthly: Restitution Unit   Yellow—File   Pink—Prisoner

Certified as a true and correct copy as provided for by AS 09.63.020 — November 11, 2008

_Micheal T. M'Laughlin_

Case 3:10-cv-00272-TMB   Document 1-4   Filed 12/14/10   Page 1 of 1