STATE OF ALASKA        DEPARTMENT OF CORRECTIONS

REQUEST FOR INTERVIEW

| Name: McLaughlin, Micheal | Institution: WPT 128 | Room #: | Date: | OTIS #: |
|---|---|---|---|---|

**To:** Mailroom and/or accounting

**Request:** At the beginning of the month I attempted to file some documents with the Kenai court. Documents retained from this transaction with WPTF (OTAs and Cop-outs) all indicate that the parcel and the check that was approved (check # 6370136) were mailed on 10/6/08. The Kenai clerk told me today that the court has not received my filings. I would ask that you look into this matter at your earliest convience as these filings were time sensitive. I would also ask for a copy of my mail log which verifys my attempts so that I may make corrective measures with the court.

**Inmate Signature:** Thank you & God Bless /s/ Michael S. McLaughlin     **Date:**

**Action Taken:** ~~OTA date 10-29-08~~ didn't come thru my office so didn't get Logged ~~Diana didn't do mail - Different clerk~~ ~~check for $18.50 was cut on 10-3-08 to AK Court System~~ Afternoon. ~~Checks cut once per week mailed out on Monday - 10-6 per Cheryl - Acct~~

**Employee Signature:**     **Date:**

**Final Action Taken:** For some reason this envelope did not come through my office so it did not get logged, however I did check with Cheryl in Accounting to see if she cut a check for AK Court System. The OTA was approved by Officer Howland. The check for $18.50 was cut on 10-3 to AK Court System & mailed out on Monday, Oct 6th. Cheryl check with the ~~Court house~~ to see if the check had gone through them yet, which it had not. There was 2 Holidays in there which may be part of the holdup. Also the Courthouse make their deposits weekly. Mail log was given on Oct 21.

**Employee Signature:** DMW     **Date:** 10-22-08

Instructions: Requests must be specific and state the action being requested (i.e., Interview, hearing, etc.). Requests are to be responded to by staff in a timely manner.

Distribution: Original to Case Record
Department of Corrections, Form 808.11A
Rev.04/08

000308 "Exhibit D"