STATE OF ALASKA    DEPARTMENT OF CORRECTIONS

## REQUEST FOR INTERVIEW

| Name: McLaughlin, Micheal | Institution: WPT | Room #: 226 | Date: 11/3/08 | OTIS #: 166227 |

To: D M Volk

Request: In regards to my previously missing legal parcel, the one that burned up in Homer after leaving the facility on 10/6/08 I have one other question. The parcel was not indicated in the legal mail log copy you provided me.... my question is was the entry removed or simply not entered? I know its been a while but perhaps you can ask.

Thank you and God Bless!

Inmate Signature: Micheal J McL    Date: 11/3/08

Action Taken:

Employee Signature:    Date:

To my knowledge, I was never put on the log. Which is why I thought that it never came through my office like it is supposed to. However, if you have an OTA or Postage that was signed by me that would indicate that "I" forgot to log it. Which is possible. As much as I hate to admit it, I'm not perfect. (But don't tell anybody, OK?) The fact that I'm not perfect part. Ha Ha.

Final Action Taken:

Employee Signature: DMV    Date: 11-4-08

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to by staff in a timely manner.

Distribution: Original to Case Record

Department of Corrections, Form 808.11A
Rev.04/08

000309 "Exhibit E"