Micheal L. Mclaughlin, pro per
c/o Wildwood Pretrial Facility
5 Chugach Ave.,
Kenai, Alaska 99611

October 21, 2008.

Alaska Court System - Kenai
c/o Clerk of the Civil Court
125 Trading Bay Way
Kenai, Alaska 99611

3KN-08-926 CI

OCT 2 3 2008

FILED IN THE TRIAL COURTS
STATE OF ALASKA THIRD DISTRICT
AT KENAI ALASKA

CLERK OF THE TRIAL COURTS
_____ DEPUTY

Re; Surrogate filing, and the lost parcel.

Madam Clerk,

    I have directed this correspondence to your desk specifically having spoken with you previously concerning this matter on October 16, 2008. You may recall that in your afforts to assist me you even checked with the front desk as I had indicated that a State of Alaska check was included in that packet. Enclosed, you will find my first amended petition for Writ of Habeas Corpus, and I have again included all the other documentation required to facilitate commencement of the filing process.

    Angie, I would ask that you please take note of the fact that there is still another complete set of documents somewhere between your desk and WPTF. I have asked my other attorney to contact the Homer clerk, but have yet to obtain any response. This is a time sensitive matter, and I ask that I be provided with a case number at your earliest convienence. Also, should you recieve the other parcel, I would ask that you either photocopy the envelope or simply return it to me. I want to know what the postmark is on that envelope for obvious reasons.

    Madam Clerk, I recognize that this represents an inconvienence to your office, and I thank you in advance for taking note that this is not my doing. I would also thank you in advance for any additional time or other considerations you may now choose to give this matter. It would be sincerely appreciated by not only myself, but others similiarly situated. Thank you and God Bless !!!

                                           Sincerely and respectfully,

                                           Micheal L. McLaughlin
                                           In Properia Persona

cc; file

000310 "Exhibit F"
Case 3:10-cv-00272-TMB Document 1-7 Filed 12/14/10 Page 1 of 1