IN THE DISTRICT/SUPERIOR/SUPREME COURT FOR THE STATE OF ALASKA
AT __Kenai__

MICHEAL L. McLAUGHLIN, )
)
    Petitioner; )
v. )
)
STATE OF ALASKA, )
)
    Respondents. )
) CASE NO. __3KN-08-926 CI__
)

FILED IN THE TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT
AT KENAI ALASKA

OCT 23 2008

CLERK OF THE TRIAL COURTS
_____ DEPUTY

**PRISONER REQUEST FOR FILING FEE EXEMPTION**

I, __Micheal L. Mclaughlin__, request exemption from paying
    (name of prisoner)
part of the filing fee in this civil litigation against the State of Alaska. As required by
AS 09.19.010, I am submitting to the court:

1. the following affidavit, and

2. the attached certified copy of my account statement for the past six months from the Department of Corrections, along with a DOC cover memo listing average monthly deposits and average balance.

**AFFIDAVIT**

I swear or affirm under penalty of perjury that the following information is true to the best of my knowledge and belief.

1. I am a prisoner at __Wildwood Pretrial Facility__.
    (name of correctional facility)

2. I am attaching a filled out Financial Statement on court form CR-206.

3. The circumstances that prevent me from paying the full filing fee are: _____
__Long term period of incarceration has depleted all outside resources.__
__Funds that are acquired by prisoner employment are largely dedicated__ to
the costs and fees associated with obtaining legal remedy. That I have
have no significant outside resource.

4. Nature of action:
    ☐ application for post conviction relief
    ☐ civil lawsuit
    ☐ appeal of a civil judgment
    ☐ appeal from final decision o
    ☒ other: __Habeas Corpus__

"Exhibit G"

CIV-670 (6/95)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

000311

Case 3:10-cv-00272-TMB   Document 1-8   Filed 12/14/10   Page 1 of 1