

MICHEAL L. McLAUGHLIN
IN PROPERIA PERSONA

c/o Wildwood Pretrial Facility
5 Chugach Ave., Suite # 222
Kenai, Alaska    99611

October 28, 2008.

Alaska Court System - Homer
c/o Clerk of the Homer Court
3670 Lake Street, Suite # 400
Homer, Alaska    99603-7686

Re; <u>Mclaughlin v. State</u>; 3HO-08-249 CI.,

Madam Clerk,

    I write this letter to you in an effort to address a procedural oddity of sorts which has resulted in your office having recieved pleadings I had addressed to, and had filed with, the Kenai Superior Court. Obviously, there was a mistake made somewhere as the Kenai civil clerk indicated to me that any pleadings which have been mis-filed, or filed with the wrong court, would have been returned to the party along with a notice of deficiency. It is not the policy of the Kenai clerks to remedy deficiencies themselves. In fact, I would be interested also then, in learning how your office came into possession of these materials.

    In any event, pursuant to Judge Murphy's instructions on the record during the hearing held this day in 3HO-S06-506 CR., I now write to you in furtherance of my request to have these pleadings returned to me. Madam Clerk, this matter has created a great deal of confusion, and I believe that this will aleviate no small portion of the concerns that have been raised. Besides, I have suceeded in filing this matter with the Kenai Superior Court, thus one of these cases would then be impermissably duplicitous.

    Madam Clerk, in closing I would now thank you in advance for any additional time, consideration, or information you may choose to offer in this matter. As indicated below, I have also taken the liberty of notifying others whom have spent their time and effort searching for this material in an effort to assist me. I extend a heart felt thanks to them as well. The assistance being offered to me is always sincerely appreciated. Thank you and God Bless !!!!

                                        Sincerely and respectfully,

                                        Micheal L. Mclaughlin
                                        In Properia Persona

        cc; Kenai clerk
            WPTF Mailroom
            File

"Exhibit H"
000312