IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of the Application )
for Post Conviction Relief of: )
 )
MICHAEL L. McLAUGHLIN )
 ) CASE NO. 3KN-08-926 CI
 )

**ORDER**

The court hereby DISMISSES petitioner's application. The above matter has already been filed in Homer, which is the proper venue. All future filings shall be made in the existing case 3HO-08-249CI.

Dated at Kenai, Alaska this 6th day of November, 2008.

CHARLES T. HUGUELET
SUPERIOR COURT JUDGE

I certify that a copy of the foregoing was mailed/faxed/placed in box in the Clerk's Office to the following at their addresses of record:

McLaughlin c/o WCC, DA, Homer Ct (FAX)

Date: 11-7-08    Clerk: MAC

"Exhibit I"