[]

```
                      Received From : MCLAUGHLIN, MICHAEL
         Date : 11/25/2008
   Orig.Court : 3HO                   HOMER, AK   99603
  Void/Manual # :                     For : MCLAUGHLIN, VS STATE OF AK.
  Case Number : 3HO-08-00249CI
```

| Acct | Acct Description | Amount |
|---|---|---|
| 405 | Clerk's Filing Fee | 18.50 |
|  | ...TOTAL PAID... | 18.50 |

ITMO: MCLAUGHLIN

CK JLB 11/25/2008-1012 []   Comments: CK#63701361

"Exhibit J"