

MICHEAL L. McLAUGHLIN
IN PROPERIA PERSONA

c/o  Wildwood Pretrial Facility
5 Chugach Ave.,  Suite # 222
Kenai, Alaska      99611

November 7, 2008.

The Honorable Margaret L. Murphy
Superior Court Judge, Pro Tem
c/o Clerk of the Homer Court
3670 Lake Street,  Suite # 400
Homer, Alaska      99603

Re;  File No.#  3HO-08-249 CI.,

Your Honor,

    I write you this letter as the written request I proffered on October 28, 2008 concerning the return of my property as referenced above has not yet been responded to.  Since I took that action at your direction, I now bring this matter to your personal attention as the delay is now impeding my access to the court in which these documents were actually intended to have been filed.  Your court has my check for filing fees, a situation which hampers my efforts.

    Additionally, it has also come to my attention that the request brought by my attorney, Mr. Florence, for a copy of the audio CD of the October 28, 2008 proceedings in State v. Mclaughlin, 3HO-S06-506 CR., has not been responded to either.  Please be aware that this inaction is also impeding the defense efforts to file pleadings in that case as well, an equally problematic situation given the current scheduling of the case.

    Your Honor, I do understand that Jean Seaton was on vacation all this last week.  However, the States' input is probably not required in such ministerial matters as these.  Accordingly, I would now thank you in advance to kindly ask your clerk to return my property (the misdirected mail), and fulfill my lawyers request for the court record(s) indicated.  It would be sincerely appreciated.  By copy of this letter, I have appraised the parties indicated below of this correspondence.   Thank you and God Bless !!!

                                            Sincerely, and respectfully,

                                            Micheal L. Mclaughlin
                                            In Properia Persona

cc;  Kenneth B. Florence, Esq.,
     Lance Joanis, KDAO
     File(s)

"Exhibit K"