IN THE ~~DISTRICT~~/SUPERIOR/~~SUPREME~~ COURT FOR THE STATE OF ALASKA
AT __HOMER__

MICHEAL L. McLAUGHLIN, )
　　　　　　　　　　　　　　　 )
　　　　　　Petitioner;　　　 )
v.　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
STATE OF ALASKA,　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　Respondent.　　　 )
　　　　　　　　　　　　　　　 ) CASE NO. 3Ho-08-2499
_____)
Trial Court Case No.# 3HO-S06-506 CR.

PRISONER REQUEST FOR
FILING FEE EXEMPTION

I, __Micheal L. McLaughlin__, request exemption from paying
　　　(name of prisoner)
part of the filing fee in this civil litigation against the State of Alaska. As required by
AS 09.19.010, I am submitting to the court:

1. the following affidavit, and

2. the attached certified copy of my account statement for the past six months from the Department of Corrections, along with a DOC cover memo listing average monthly deposits and average balance.

### AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best of my knowledge and belief.

1. I am a prisoner at __Wildwood Pretrial Facility__.
　　　　　　　　　　　　　　　(name of correctional facility)

2. I am attaching a filled out Financial Statement on court form CR-206.

3. The circumstances that prevent me from paying the full filing fee are: _____
　　__Long tern period of pretrial incarceration has depleted all outside__
　　__resources.  Funds that are acquired by prisoner employment are largely__
　　__dedicated to costs and fees related to seeking legal remedy.  That I__
　　__have no significant outside resource.__

4. Nature of action:　　■ application for post conviction relief
　　　　　　　　　　　　　□ civil lawsuit
　　　　　　　　　　　　　□ appeal of a civil judgment
　　　　　　　　　　　　　□ appeal from final decision of a
　　　　　　　　　　　　　□ other: _____

"Exhibit M-1"

5. The following specific facts will, when proven, state a claim on which relief can be granted or entitle me to reversal on appeal: <u>Court lacks jurisdiction to try,</u> <u>convict, or sentence the petitioner based upon flawed indictment.</u>
<u>Petitioner was denied counsel at a critical stage of the proceedings.</u>
<u>Petitioner brings other due process claims; denial of right to confront,</u>
<u>right to present a meaningful defense, failure to litiagte every element</u>
<u>of the offense charged.</u>
<u>Petitioner brings claims which are actionable under Article I § 13 of</u>
<u>the Constitution of Alaska - Habeas Corpus.</u>
Petitioner brings claim under Brockway v. State 37 P3d 427 (App 2001)

_____7/25/08_____  _____[signature]_____
Date                  Prisoner's Signature

Subscribed and sworn to or affirmed before me at ___Kenai___, Alaska on
___July 25, 2008___.
(date)
(SEAL)

_____[signature] Diana L. Manuel-Volk_____
Notary Public or other person authorized to administer oaths.
My commission expires ___end of office___

*OFFICIAL SEAL*
DIANA L. MANUEL-VOLK
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES WITH OFFICE

## ORDER

It is ordered that the above request is

☒ GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying the full filing fee. The required filing fee will be $ __18.50__
(Minimum required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average balance in prisoner's account.)

☐ DENIED. The court finds that no exceptional circumstances prevent the prisoner from paying the full filing fee.

This case will not be accepted for filing unless the filing fee is paid within 30 days after the date of distribution of this order.

_____11-25-2008_____  _____[signature]_____
Date                     Judge

I certify that on __11-25-08__       __Huguelet__
a copy of this order was sent to:    Type or Print Name
    Michael McMaughlin
Clerk: __JB__

Page 2 of 2
CIV-670 (6/95)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

"Exhibit M-2"

000322
Case 3:10-cv-00272-TMB   Document 1-14   Filed 12/14/10   Page 2 of 3

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT Homer

In the Matter of the Application of
for Post Conviction Relief of:

Case No.: 3HO-08-249 CI

In Connection
with Case No.: 3HO-06-506 CR

Michael McLaughlin
(Name of Applicant)

NOTICE TO STATE OF APPLICATION
FOR POST-CONVICTION RELIEF

An original, amended, or supplemental application for post-conviction relief, or a notice of intent to proceed on the original application was filed on 10-14-08.

The state has 45 days from the date of service of this notice to file an answer or motion.

The applicant has 30 days to file an opposition and the state has 15 days to reply.

Judge _____Murphy_____ is assigned to this case.

11-25-08
Date

Jan J. Banks
Deputy Clerk

I certify that on 11-25-08 I sent a copy of this notice and the application for post-conviction relief /notice of intent to:

☒ Applicant
☐ Appointed Counsel _____
☒ Prosecuting Attorney _____

Clerk: _JB_

"Exhibit M-3"