

MICHEAL L. McLAUGHLIN
IN PROPERIA PERSONA

c/o Wildwood Pretrial Facility
5 Chugach Ave., Suite # 222
Kenai, Alaska    99611

December 1, 2008.

Alaska Court System - Kenai
c/o Clerk of the Civil Court
125  Trading Bay Way
Kenai, Alaska    99611

Re; McLaughlin v. State, 3KN-08-926 CI.,

Madam Clerk,

    I write this letter to you so as to forward a records request from the file indicated above. As there are currently pending motions in this matter, I would guess that the file is currently with Judge Huguelet's clerk. In any event, please note that I have also tendered the enclosed check for the required copying fees. The items I request to have copied and sent are as follows;

    ✓ 1) My coversheet, and pp. 1 & 7 of the court form CIV-760 (the PCR court form), which are all part of the document entitled; FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS. I am only interested in both date bearing pages, and page one of the court form as well. (Total, 3 pages)

    ✓ 2) I also wish to obtain a copy of the first and last page(s) of the document entitled; FINANCIAL STATEMENT (court form No.# CR-206). Again, I am only concerned with the date bearing pages of the document. (Total, 2 pages)

I am also interested in a copy of the entire Kenai criminal calander for the day of November 10, 2008. However, as I am uncertain of the page count, I would just ask that you provide that information so I can make a second request.

    Madam Clerk, I would now just thank you in advance for your time and/or any additional consideration you may now choose to give these matters. As you may recall, there have been some unusual circumstances surrounding this file, and I am currently seeking some form of clarity in that regard. Any assistance you may be able to provide would be sincerely appreciated. Happy holidays and God Bless!!

                                        Sincerely and respectfully,

                                        Micheal L. Mclaughlin
                                        In Properia Persona
                                        Petitioner

cc; file/926

"Exhibit O"

000328