FILED IN THE TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT
AT KENAI ALASKA
OCT 23 2008
CLERK OF THE TRIAL COURTS
_____ DEPUTY

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __KENAI__

In the Matter of the Application )
for Post Conviction Relief of: )
)
)
__Micheal L. McLaughlin__ )
(Name of Applicant) )
)
_____ )

FOR COURT USE ONLY
CASE NO. __3KN-08-926__ CI

APPLICATION FOR POST CONVICTION
RELIEF FROM CONVICTION OR
SENTENCE (CRIMINAL RULE 35.1)

### CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, __Micheal L. McLaughlin__, hereby apply for relief under Criminal Rule 35.1.

### PART A

(Please type or print neatly. Also, if possible, please attach a copy of your judgment of conviction.)

The conviction (sentence) from which I seek relief is as follows:

1. Full original case number: __3HO-S06-506 CR__
   Case name: __State of Alaska__ __Micheal L. McLaughlin__
              (plaintiff)                    (defendant)

2. Court which imposed sentence: ☐ District Court ☐ Superior Court
   Court Location: __Homer__ Name of Judge __Margaret Murphy, Pro Tem__

3. Date shown in clerk's certificate of distribution on the judgment: __Pending__

4. Date of sentencing and terms of sentence: __Pending__
   __Brings "jurisdictional Challange - AS 12.75.010__
   __Flanigan v. State 3 P.3d 372, 376 (App 2000)__
   __Article I § 13 Constitution of Alaska__

5. Crime or crimes of which I was ~~convicted~~: __Charges were Felony DUI,__
   __Felony Refusal, Driving While__

Page 1 of 7
CIV-760 (10/07)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

"Exhibit P-1"

000329
Case 3:10-cv-00272-TMB   Document 1-17   Filed 12/14/10   Page 1 of 2

## GENERAL WAIVER

If I have requested a court-appointed attorney, I authorize anyone to release to the Alaska Court System all information concerning my assets, liabilities, account balances and any income source I have had for the past three years. This includes but is not limited to all current and past employers, banks, credit and depository institutions, accountants, brokers and credit bureaus.

## VERIFICATION

I, _Micheal L. McLaughlin_, say on oath or affirm that I have read all parts of the foregoing document and believe all statements made in the document are true. I understand that false statements in this application may subject me to prosecution for perjury.

**Do not sign until in the presence of a notary or court clerk.**

_October 21, 2008_
Date

_Micheal L. McLaughlin_
Signature of Applicant

c/o WPTF  5 Chigach Ave.,
Address
Kenai' Alaska  99611

Subscribed and sworn to or affirmed before me at _Kenai_, Alaska.
on _October 21, 2008_.
(Date)

*OFFICIAL SEAL*
DIANA L. MANUEL-VOLK
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES WITH OFFICE

_Diana L. Manuel-Volk_
Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires: _end of office_

I certify that on _____,
a copy of this application was sent to the District
Attorney at _____, Alaska.

Clerk: _____

## Expedited Consideration

Under Criminal Rule 35.1(i), you may move for expedited consideration of this application. Your motion must comply with Civil Rule 77(g).

Page 7 of 7
CIV-760 (10/07)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

"Exhibit P-2"

000330

Case 3:10-cv-00272-TMB   Document 1-17   Filed 12/14/10   Page 2 of 2