

**TRIAL COURTS**
State of Alaska
Third Judicial District

DARCEY TREDWAY　　　　　　　HOMER TRIAL COURTS　　　　　　(907) 235-8171
CLERK OF COURT　　　　　　　　3670 LAKE ST., STE 400　　　　　Fax (907) 235-4257
　　　　　　　　　　　　　　　HOMER, ALASKA 99603

December 11, 2008

Mr. Michael McLaughlin
% Wildwood Pretrial
5 Chugach Ave., Ste 222
Kenai, AK 99611

Re: 3HO-08-249CI

Dear Mr. McLaughlin,

We are in receipt of TF935, Notice of Change of Judge, in which you challenge the assignment of Judge Murphy. As this is the judge assigned to this case, it was accepted as timely. It has been forwarded to Anchorage to be processed. When the form comes back with a new judicial assignment we will send you a copy.

We are returning TF935, Notice of Change of Judge, where you have challenged the assignment of Judge Huguelet. Judge Huguelet is not assigned to this case; therefore, you are unable to challenge this judge. Also, per Civil Rule 42(d) (1) you are entitled to only one peremptory challenge in a case.

Sincerely,

Darcey Tredway
Clerk of Court

"Exhibit Q"

000331