# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

Correspondence originated from a correctional facility. Facility not responsible for substance or contents.

$10.20

POSTAGE IS REQUIRED REGARDLESS OF WEIGHT OR DESTINATION

## Medium Flat Rate Box
**For Domestic and International Use**



Micheal L. McLaughlin #166227
c/o Hudson Correctional Facility
3001 North Juniper Street
Hudson, Colorado - 80642 -

### INTERNATIONAL RESTRICTIONS:
**LIMITATIONS ON CONTENT:**

When using Priority Mail, cash or cash equivalents and all hazardous materials are prohibited.
**WHEN USED INTERNATIONALLY 20 POUND WEIGHT LIMIT APPLIES.**

Additional country-specific prohibitions/restrictions may apply. See International Mail Manual (IMM) country pages for details.

**CUSTOMS:**

For international use affix customs declaration PS Form 2976 using PS Form 2976-E customs form pouch.

URGENT! Legal Mail

United States District Court - Alaska
Clerk of Courts / Civil Division
222 West Seventh Ave., N. #4
Anchorage, Alaska    99513-7564